Cristina Perez Hesano (#027023)
**PEREZ LAW GROUP, PLLC**
7508 N 59th Ave.
Glendale, AZ 85301
Phone: 602-730-7100
Email: cperez@perezlawgroup.com

Bryan L. Bleichner (*pro hac vice forthcoming*)
Philip J. Krzeski (*pro hac vice forthcoming*)
**CHESTNUT CAMBRONNE, PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
Email: bbleichner@chestnutcambronne.com
Email: pkrzeski@chestnutcambronne.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Daley, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Medical Management Resource Group, L.L.C., d/b/a American Vision Partners,<br><br>Defendant. | No. 2:24-cv-00415-PHX-SMB<br><br>**NOTICE OF FILING OF MOTION TO CONSOLIDATE** |

Notice is hereby given, pursuant to Rule 42 Fed. R. Civ. P and Rule 42.1(b), LRCiv P. that a Motion to Consolidate was filed on March 14, 2024, in *Hulewat v. Medical Management Resource Group, LLC dba American Vision Partners*, Case No. 2:24-cv-377,

1  a copy of which is attached hereto as Exhibit A.

2

3
   Dated: March 14, 2024.                    Respectfully submitted,
4

5
                                             */s/ Cristina Perez Hesano*
6                                            Cristina Perez Hesano
                                             **PEREZ LAW GROUP PLLC**
7                                            7508 N 59th Ave.
                                             Glendale, AZ 85301
8                                            623-826-5593
                                             Email: cperez@perezlawgroup.com
9                                            *Local Counsel for Plaintiff and the Proposed Class*
10

11                                           Bryan L. Bleichner*
                                             Philip J. Krzeski*
12                                           **CHESTNUT CAMBRONNE PA**
                                             100 Washington Avenue South, Suite 1700
13                                           Minneapolis, MN 55401
                                             Phone: (612) 339-7300
14                                           Fax: (612) 336-2940
                                             bbleichner@chestnutcambronne.com
15                                           pkrzeski@chestnutcambronne.com

16
                                             **Pro Hac Vice Forthcoming*
17
                                             *Counsel Plaintiff and the Proposed Class*
18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list.

/s/ Cristina Perez Hesano
Cristina Perez Hesano
